IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR230 |
| vs. | INDICTMENT |
| WAONA WORLEY, | 21 U.S.C. §§ 841(a)(1)&(b)(1)(B) |
| Defendant. | |

The Grand Jury charges that

<u>COUNT I</u>

On or about April 13, 2016, in the District of Nebraska, WAONA WORLEY, defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841 (a)(1)&(b)(1)(B).

## FORFEITURE ALLEGATION

As a result of the forgoing offense, Waona Worley, Defendant herein, shall forfeit to the United States any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violation alleged in the above offense of this Indictment and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged this Indictment, including but not limited to the following: All United States currency seized from 4027 South 24th Street, Omaha, Nebraska on April 13, 2016.

A TRUE BILL.



FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DOUGLAS J. AMEN
Special Assistant United States Attorney