IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR230 |
| vs. | |
| WAONA WORLEY, | **PRELIMINARY ORDER OF FORFEITURE** |
| Defendant. | |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 58). The Court has carefully reviewed the record in this case and finds as follows:

1. On January 5, 2018, the defendant Waona Worley ("Worley") plead guilty pursuant to a written Plea Agreement (Filing No. 55) to Count I of the Information and admitted the Forfeiture Allegation. Count I of the Information charged Worley with conspiracy to distribute and possess with intent to distribute a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1) and 846. The Forfeiture Allegation in the Information sought the forfeiture, pursuant to 21 U.S.C. § 853, of all United States currency seized from Worley's residence at 4027 South 24th Street, Omaha, Nebraska, on April 13, 2016, on the basis the currency was used or was intended to be used to facilitate the commission of the conspiracy and/or constituted or was derived from proceeds obtained directly or indirectly as a result of the conspiracy charged in Count I. The Plea Agreement states the amount of currency seized was $2,325.

2. By virtue of her plea and admission, Worley forfeits her interest in the $2,325 in United States currency and the government should be entitled to possession of said currency, pursuant to 21 U.S.C. § 853.

3. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 58) is granted.

2. Based upon the Forfeiture Allegation of the Information and Worley's guilty plea, the government is authorized to seize the $2,325 in United States currency.

3. Worley's interest in the $2,325 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The aforementioned currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site ([www.forfeiture.gov](www.forfeiture.gov)) notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than Worley, having or claiming a legal interest in any of the subject currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency subject to this Preliminary Order of Forfeiture as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 10th day of January, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.,
United States District Judge