IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>WAONA WORLEY,<br><br>    Defendant. | 8:16CR230<br><br>**FINAL ORDER<br>OF FORFEITURE** |

   This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 64). The Court has reviewed the record in this case and finds as follows:

   1. On January 10, 2018, the Court entered a Preliminary Order of Forfeiture (Filing No. 59) pursuant to 21 U.S.C. §§ 846 and 853 based upon the defendant's pleading guilty to Count I and admitting the Forfeiture Allegation of the Information. By way of the defendant's admission and the Preliminary Order of Forfeiture, the defendant's interest in $2,325 in United States currency seized from 4027 South 24th Street, Omaha, Nebraska on April 13, 2016, was forfeited to the government.

   2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on January 11, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The government filed a Declaration of Publication in this case on March 13, 2018 (Filing No. 63).

3. The government has advised the Court that no Petitions have been filed. The Court's review of the file confirms no Petitions have been filed.

4. The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 64) is granted.

2. All right, title and interest in and to the seized $2,325 in United States currency held by any person or entity, other than the government, are hereby forever barred and foreclosed.

3. The $2,325 in United States currency is forfeited to the government.

4. The government is directed to dispose of the $2,325 in United States currency in accordance with law.

Dated this 13th day of March, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge